AO 91 (Rev. 11/11) Criminal Complaint　　　　　　　　　　　　　　　　　　　　AUSA Kristen Totten (312) 371-8440

**FILED**
**12/2/2020**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 1:20-cr-00837 |
| v. | |
| MICHAEL PORTER | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### Count One

On or about October 25, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1) | knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate commerce, and that has been shipped and transported in and affecting interstate commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1). |

### Count Two

On or about November 20, 2019, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1) | knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate commerce, and that has been shipped and transported in and affecting interstate commerce by any means, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1). |

This criminal complaint is based upon these facts:

　X　 Continued on the attached sheet.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Anthony Stack
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANTHONY STACK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Task Force Officer, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: <u>December 2, 2020</u>  　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

City and state: <u>Chicago, Illinois</u>　　　　<u>JEFFREY T. GILBERT, U.S. Magistrate Judge</u>
　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**AFFIDAVIT**

I, ANTHONY STACK, being duly sworn, state as follows:

1. I am a Task Force Officer with the Federal Bureau of Investigation (FBI), and have been so employed for eight years. My current responsibilities include the investigation of child exploitation and child pornography offenses.

2. This affidavit is submitted in support of a criminal complaint alleging that Michael PORTER ("PORTER") has violated Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging PORTER with receipt of child pornography, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Any bracketed language is an interpretation of phrases, based upon training and experience.

I.  **BACKGROUND INFORMATION**

1. On January 30, 2020, Individual A was arrested at his residence in Philadelphia, Pennsylvania in conjunction with the execution of a federal search warrant. Pursuant to a search warrant, law enforcement conducted an analysis on Individual A's smart phone, which contained Kik chat history from September 2019 until the time of his arrest in January 2020. Kik users who purchased child pornography from Individual A or traded Mega links with Individual A were parsed out for investigation. Records were obtained from Paypal and Google Pay for Individual A's accounts as well as the users who purchased child pornography from Individual A, along with records from Kik, email providers, and Internet Service Providers (ISP) to identify the users purchasing child pornography from Individual A.

2. From the analysis of the chats showing the date/time payments were made, and comparing those to Individual A's Paypal or Google Pay records, users purchasing child pornography from Individual A were able to be identified.

3. According to the investigation, which included a review of the items seized pursuant to the search warrant, law enforcement learned the following:

    a. Individual A is a convicted sex offender and was alleged to have been advertising child pornography for sale via Twitter and Tumblr. The

advertisements would direct users to Individual A's Kik[1] account "BOYZCUTIESX1" if the users were interested in buying child pornography.

        b.      When a user messaged Individual A via Kik, Individual A would first send them a Mega[2] link with preview folders of videos he had for sale. The preview folders would contain screenshots from videos with text on each screenshot indicating the video name, the length, and cost. If a user was interested in buying the video, they would either message Individual A with the video name or they would send Individual A the screenshot from the preview folders. Oftentimes, the preview screenshot itself was child pornography. Individual A would then inform the user of the total cost of the video(s) they wanted to purchase.

        c.      Individual A accepted payment via Paypal and Google Pay. Users would tell Individual A after they made the payment, often sending Individual A a screenshot of the payment for confirmation. Once payment was confirmed, Individual A would send the users the video(s) they purchased via Mega cloud storage links. Individual A would often send the Mega link along with the video filename after he sent the link so the user knew the Mega link was for a particular video.

---

[1] According to the Kik website, it is "chat platform built especially for teens." The application allows users to interact with friends and "chatbots". *See* www.kik.com/features and www.kik.com/about (last visited on December 2, 2020).

[2] According to the Mega website, it is a secure cloud storage and communication platform that allows for data storage and transfers. *See* https://mega.nz/startpage (last visited on December 2, 2020)

4. Mega was provided the links Individual A sent to users. If the link was still valid, Mega was able to provide the content for each link. Once this content was provided by Mega, law enforcement officers in Philadelphia, Pennsylvania obtained a search warrant to view the content of the links and provided the content of the links to me for my review.

II. **FACTS SUPPORTING PROBABLE CAUSE TO SEARCH**

　　A. **Kik User MIGUELBBBSBLOG2 Purchases and Receives Child Pornography from Individual A**

5. Beginning no later than on or about September 14, 2019, and continuing through at least on or about January 23, 2020, Kik user MIGUELBBBSBLOG2 engaged in text message conversations over Kik with Individual A. In addition, according to Google Pay records, MIGUELBBBSBLOG2 paid Individual A a total of $503. In exchange, INDIVIDUAL A sent MIGUELBBBSBLOG2 at least 35 unique Mega links. According to Mega records, only 23 of the links remained valid. Based on my review of the 23 valid Mega links, I found the links to contain 42 videos and 125 images depicting child pornography. For example:

6. On or about October 25, 2019, Kik user MIGUELBBBSBLOG2 and Individual A engaged in the following Kik conversation:

　　MIGUELBBBSBLOG2:　　How many gigs is the girl boy video and how much is it

　　MIGUELBBBSBLOG2:　　It is a must have

　　Individual A:　　　　　　$7

　　Individual A:　　　　　　It's 256mb

4

| | |
|---|---|
| MIGUELBBBSBLOG2: | Okay. How much for Jerome and Jeremiah |
| Individual A: | Jerome and Jeremiah are both $7 |
| MIGUELBBBSBLOG2: | Just sent $21 for all three |
| Individual A: | ["Mega Link 1"] |
| Individual A: | Boy girl fun |
| Individual A: | ["Mega Link 2"] |
| Individual A: | Jeremiah |
| Individual A: | Fixing Jerome give me 10 minutes |
| Individual A: | ["Mega Link 3"] |
| Individual A: | Jerome |

7. According to Google Pay records, on October 25, 2019, at approximately 1:01 a.m., Eastern Time, MIGUELBBBSBLOG2 sent Individual A $21 utilizing 2601:249:8700:2a2b ("IP Address 1"), which, according to Comcast records, was assigned to 6301 North Sheridan Road, Unit 23-O, in Chicago, Illinois ("Porter's residence") from at least November 15, 2019 to May 11, 2020.

8. According to my review of the Mega Link 1 sent on October 25, 2019, the link contained a video titled "BOY GIRL FUN", which depicted a male prepubescent minor, and female prepubescent minor, engaged in acts of oral sex, masturbation, and sexual intercourse. The minors appear to be communicating with someone via the device used to record them, while performing the above referenced sexual acts. At one point during the video, the female child stated aloud, "how old are you guys lol".

5

The male child then stated, "eleven, you would of thought we was seventeen years old."

9. According to my review of the Mega Link 2 sent on October 25, 2019, the link contained a video titled "Jeremiah", which depicted a male pubescent child masturbating. At the beginning of the video there is a black screen with the words, "13 year old Jeremiah strips and cums."

10. According to my review of Mega Link 3 sent on October 25, 2019, the link contained a video titled "JEROME PROMO VID", which depicted a pubescent male masturbating.

11. On or about November 20, 2019, MIGUELBBBSBLOG2 and Individual A engaged in the following Kik conversation:

> MIGUELBBBSBLOG2: How much for my little buddy [video title]
>
> Individual A: $10
>
> MIGUELBBBSBLOG2: Okay. Just sent $10
>
> Individual A: ["Mega Link Video 4"]
>
> MIGUELBBBSBLOG2: Wow.
>
> MIGUELBBBSBLOG2: Keep it comin

12. According to Google Pay records, on November 20, 2019, at approximately 1:36 a.m., Eastern Time, MIGUELBBBSBLOG2 sent Individual A $10 utilizing IP Address 1, which, according to Comcast records, was assigned to Porter's residence on the date of the transaction.

6

13. According to my review of the Mega Link 4 sent on November 20, 2019, the link contained the following:

   a. A video titled "my lil buddy 13 minute vers.mp4", which depicted a male prepubescent minor, whose pants and underwear were around the minor's ankles, with a red shirt pulled over his head, and a gold chain with a large medallion. An adult male subject can be heard directing the minor to face in different directions, while the adult male touches the minor's penis and butt. The adult then performed oral sex on the minor by placing his mouth on the minor's penis. The adult then had the minor get dressed and places money in the minor's pants pocket, while telling the minor that if the minor doesn't let anyone take the money away, then the adult will keep giving the minor money.

   b. A picture titled "Picture 023", which depicted a close up image of a naked prepubescent minor, on a bed, laying on his back with his legs spread apart, exposing his anus.

   c. A picture titled "Picture 027", which depicted a close up image of an adult male performing oral sex on a prepubescent minor by placing his mouth on the minor's penis.

   d. A picture titled "DSCI0023", which depicted an image of naked prepubescent minor laying on a bed with an erect penis.

   **B.  Identification of MICHAEL PORTER as Kik User MIGUELBBBSBLOG2**

14. According to Individual A's Google Pay records for the dates and times MIGUELBBBSBLOG2 paid Individual A, the user MIGUELBBBSBLOG2 had the

7

registered email account MICHMPORT@GMAIL.COM linked to the Google Pay account for MIGUELBBBSBLOG2.

15. According to Google records, the email address MICHMPORT@GMAIL.COM was first registered on August 21, 2012 in the name of Michael Porter, with a telephone number of (xxx) xxx-9746 ("Porter Phone 1"). Two IP addresses used to access the MICHMPORT@GMAIL.COM email were:

    **a.**    Comcast: IP Address 1

    b.    T-Mobile: 2607:fb90:a3da:15d2:0:13:bee6:8101 on January 30, 2020 at 05:19 UTC ("IP Address 2")

16. According to Comcast records, IP Address 1 is assigned as follows:

| | |
|---|---|
| Subscriber Name: | MICHAEL PORTER |
| Service Address: | Porter's residence |
| Bill to Name: | Shoreline Towers |
| Billing Address: | 6301 N Sheridan Road, Unit Master, Chicago, IL 60660[3] |
| Telephone #: | Porter Phone 1 |
| Type of Service: | High Speed Internet Service |
| Account Number: | 8771300013207471 |
| Start of Service: | February 12, 2019 |

17. According to T-Mobile records, IP Address 2 is assigned as follows:

| | |
|---|---|
| Name: | MICHAEL PORTER |
| Address: | Porter's residence |
| Status: | Active |
| Effective: | July 16, 2017 |
| Telephone: | Porter Phone 1 |
| Device: | LG ARISTO SVR TMUS KIT RSU |
| Device Number: | 358772084207630 |

---

[3] The Unit Master is the management office of the building that houses Porter's residence.

8

18. Law enforcement also received records in response to a subpoena from Kik. According to Kik records, the email address associated with the Kik account MIGUELBBBSBLOG2 is MICHMPORT@GMAIL.COM. The Kik account was registered on December 3, 2018. A device used to access the Kik account was an LG ARISTO, model LGMS210, the same model device associated with PORTER's T-Mobile account referenced above.

19. According to Google Pay records for account MICHMPORT@GMAIL.COM, the account was created on June 27, 2013 in the name MICHAEL M. PORTER, with a billing/shipping address of Porter's residence. The telephone number associated with the account was Porter Phone 1.

C. **Identification of Porter's Residence**

20. As described above, PORTER maintains Comcast and T-Mobile accounts at Porter's residence, and his Google Pay account has a shipping/billing address at Porter's residence. In addition, public source information for PORTER indicate that he may be the property manager at 6301 North Sheridan Road, Chicago, Illinois 60660. PORTER's information, including Porter's residence and Porter Phone 1 are listed on the website www.property-management-today.com (last visited November 17, 2020).

21. On or about November 2, 2020, the United States Postal Service confirmed that PORTER is receiving mail at Porter's residence.

22. According to Illinois Secretary of State records, a black, 2009 Honda Accord, with Illinois tag X605390 is registered to PORTER at Porter's residence.

9

23. On November 10, 2020, a law enforcement officer on surveillance observed the Honda Accord parked at Porter's residence in parking space number 29. After observing the vehicle, the law enforcement officer spoke with the front desk manager who confirmed that the building parking lot is for residents only, and that residents have assigned parking spots.

24. On November 16, 2020, a law enforcement officer conducted surveillance at Porter's residence and observed the Honda Accord parked in parking space number 29.

### D. Search of Porter's Residence

25. On December 2, 2020, law enforcement executed a search warrant at Porter's residence. Law enforcement knocked and PORTER opened the door of his residence. There were no other individuals present at the time of the search and PORTER told law enforcement that he lived alone.

26. Upon searching Porter's residence, law enforcement observed an office with an overabundance of unorganized personal items, including numerous commercial DVDs and VHS tapes, recordable DVDs, VHS tapes, Hi8 tapes, and mini digital video cassettes. From those items, agents recovered the items that appeared to contain evidence pertinent to the case, including titles and covers indicative of the possession of child pornography, including: "Water Wiggles Boy Fights VII" with a cover depicting two prepubescent boys wearing underwear wrestling in the water; "Sandy Bottoms" with a cover depicting a prepubescent boy on the beach wearing

underwear, and "Boy Fights XXII Sticky QUADWIGGLES" with a cover depicting two prepubescent boys wearing underwear wrestling.

27. Upon an initial review of two of the mini digital video cassettes, and one DVD, I found them to contain what appeared to be surreptitiously recorded videos of a locker room, focusing on what appeared to be underage boys, some of which were nude. From the videos, it appears that the recording device was inside of a black-colored bag, which was placed on the floor of the locker room. A male subject physically resembling PORTER[4] can be seen walking to and from the bag. The video captures underage prepubescent boys changing, and/or showering in the locker room, including videos of their penises. In one of these videos, the individual physically resembling PORTER is seen washing a prepubescent male child, lowering his shorts, and washing his penis and buttocks. The individual appears to be positioning the child to display his genitalia for the camera. The individual also appears to be

---

[4] Based on my observations of PORTER at the time of the execution of the search warrant at his residence, the individual depicted in the videos physically resembled PORTER.

11

sexually stimulated during this encounter. I also found receipts from the "U-Spy Store" for a 720p Keychain DVR, Z12 Car Home Office Camera DVR.

                                            FURTHER AFFIANT SAYETH NOT.

ANTHONY STACK
Task Force Officer, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone December 2, 2020.

Honorable JEFFREY T. GILBERT
United States Magistrate Judge

12